## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Cobra Oil & Gas Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **FOR DISMISSAL WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| ShockCo Oil Tools, Inc., | ) | Case No.: 1:20-cv-00193 |
| | ) | |
| Defendant. | ) | |

On October 10, 2024, Cobra Oil and Gas Corporation ("Cobra") and ShockCo Oil Tools, Inc. ("ShockCo") filed a *Stipulation for Dismissal with Prejudice*. (Doc. No. 41). The court now **ADOPTS** the parties' stipulation in its entirety.

The above-entitled action shall be dismissed with prejudice on the merits and without costs to any party. Any party may apply to the court for an Order for Judgment without notice to any other party.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2024.

                                      */s/ Clare R. Hochhalter*
                                      Clare R. Hochhalter, Magistrate Judge
                                      United States District Court